IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOE WILLIS GILES                                                                                    PLAINTIFF

v.                                                              CIVIL ACTION NO. 4:20-CV-93-SA-RP

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY                                                   DEFENDANT

## ORDER

On May 20, 2021, United States Magistrate Roy Percy issued a Report and Recommendation [27] in this cause. The R&R concludes that "the Commissioner's decision is supported by substantial evidence and should be affirmed." [27], p. 1. The R&R set forth a time period of fourteen days for the parties to object to the R&R, if they chose to do so. No objections have been filed, and the deadline has now passed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R is ADOPTED IN FULL as the Order of the Court. The Commissioner's decision is hereby AFFIRMED. This CASE is CLOSED.

SO ORDERED, this the 12th day of July, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE